UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:22 MJ 6169 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | MAG. JUDGE CARMEN E. |
| vs. | ) | HENDERSON |
| | ) | |
| RICHARD J. STEINLE, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | ALL CLAIMS |
| | ) | |
| Defendant. | ) | |

Defendant gives notice he is withdrawing all claims made in the following pleadings: Motion to Dismiss, ECF Doc. 17; Motion Requesting Franks Hearing, ECF Doc. 18; Reply to Plaintiff's Response to Defendant's Motion to Dismiss ECF Doc. 27; and Reply to Plaintiff's Response to Defendant's Motion Requesting Franks Hearing, ECF Doc. 28.

                  Respectfully submitted,

                  /s/ Kerry M. O'Brien
                  KERRY M. O'BRIEN - No. 0025304
                  Attorney for Defendant
                  159 South Main Street, Suite 423
                  Akron, Ohio 44308
                  Mdye01@yahoo.com
                  (330) 762-5500
                  (330) 762-2011 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Kerry M. O'Brien<br>
KERRY M. O'BRIEN - No. 0025304<br>
Attorney for Defendant